United States District Court
Southern District of Texas
**ENTERED**
October 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. G-21-3 |
| | § | |
| RICHARD BLAKE HOWARD | § | |

## O R D E R

The Government's Motion to Dismiss Count Two is GRANTED.

SIGNED at Galveston, Texas, on ___10/26/22___.

Jeffrey V. Brown
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

UNITED STATES OF AMERICA     §
    §
v.     §    CRIMINAL NO. G-21-3
    §
RICHARD BLAKE HOWARD     §

## MOTION TO DISMISS COUNT

The United States of America, by and through Jennifer B. Lowery, United States

Attorney, and Kimberly Ann Leo, Assistant United States Attorney, for the Southern District of

Texas, requests that the Court dismiss Count Two of the Criminal Indictment filed against the

defendant, Richard Blake Howard, pursuant to the plea agreement.

Respectfully submitted,

JENNIFER B. LOWERY
United States Attorney

By: _Kimberly Ann Leo_
Kimberly Ann Leo
Assistant United States Attorney
713-567-9465

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Government's Motion to Dismiss has been hand delivered to Heather Hughes, the attorney for the defendant Richard Blake Howard, on this the 26th day of October, 2022.

Kimberly Ann Leo
Assistant United States Attorney